MARION F. BACKUS, as Trustee in Bankruptcy of the Estate of JOHN P. PARSONS, Bankrupt, Appellant, v. JOHN P. PARSONS and Others, Respondents.— Action to set aside as fraudulent and without consideration a transfer dated November 14, 1933, by John P. Parsons, the bankrupt, to his wife and the transfer of certain assets made thereunder, and for an accounting by defendants. Judgment entered on a decision dismissing the complaint on the merits, after trial at Special Term, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley and Cohn, JJ.

In the Matter of the Application of JACOB SHATTER, Petitioner, for an Order of Certiorari against ROBERT MOSES, Park Commissioner of the City of New York, Respondent.— Order of certiorari to review determination dismissing the petitioner from the position which he held in the department of parks, borough of Manhattan, as stenographer grade 3, dismissed and determination confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.; O'Malley, J., dissents and votes to sustain the order.